ACCEPTED
03-13-00804-CR
4204646
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 9:03:02 AM
JEFFREY D. KYLE
CLERK

**No. 03-13-00804-CR**

IN THE

COURT OF APPEALS

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/19/2015 9:03:02 AM

JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| KAITLYN RITCHERSON | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 331ST JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-11-302663

**STATE'S FIRST MOTION FOR EXTENSION OF TIME**

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Following her conviction for Murder, the appellant filed her notice of appeal in the above cause on February 10, 2014.  Appellant's counsel filed a brief on January 20, 2015.

1

(b)    The State's brief is currently due on **February 19, 2015**.

(c)    This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)    The number of previous extensions of time granted for submission of the **State's** brief is: **none**.

(e)    The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. During the period since the appellant's brief was filed, the undersigned attorney has completed and filed an original brief in three other pending appellate cases, including two accelerated parental termination appeals, (i.e., *Juan Francisco Rodriguez-Linares v. State of Texas,* No. 03-14-00324-CR; *In re A.V. and G.G.,* No. 03-15-00030-CV; and *L.W. v. Texas Department of Family and Protective Services,* No. 03-14-00680-CV). The undersigned attorney is responsible for preparing the State's brief in another pending appellate case (i.e., *Robert Torres v. State of Texas,* No. 03-14-00541-CR).

2. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **March 23, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

_____
Angie Creasy
Assistant District Attorney
State Bar No. 24043613
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4810
Angie.Creasy@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that this motion contains 389 words, based upon the computer program used to generate this motion and excluding words contained in those parts of the motion that Texas Rule of Appellate Procedure 9.4(i) exempts from inclusion in the word count, and that this motion is printed in a conventional, 14-point typeface.

I further certify that, on the 19th day of February, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Alexander L. Calhoun, Law Office of Alexander L. Calhoun, 4301 W. William Cannon Dr., Suite B-150, #260, Austin, Texas 78749.

_____
Angie Creasy
Assistant District Attorney